UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHARLES GREENBERG, individually and on behalf of all others similarly situated,

   Case No. 1:23-cv-22774

 *Plaintiff*,

vs.

STMLS, LLC d/b/a DAER DAYCLUB,

 *Defendant*.
_____/

## NOTICE OF SETTLEMENT

  Plaintiff, Charles Greenberg, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: September 9, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
/s/ Garrett O. Berg
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:   */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

*Counsel for Plaintiff and the Class*